Opinion issued July 3, 2025



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00206-CR

———————————

**JOEL FRANCIS STAFFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Case No. 1854881-A**

---

## MEMORANDUM OPINION

Appellant, Joel Francis Stafford, filed a notice of appeal from the trial court's Final Judgment of Forfeiture signed on January 24, 2025. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed on March 25, 2025.[1]  Accordingly, appellant's brief was due to be filed on or before April 24, 2025.  *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

"Although bond forfeiture proceedings arise from criminal matters, civil law governs appellate review."  *Nunez v. State*, No. 03-16-00544-CV, 2017 WL 3585217, at *3 (Tex. App.—Austin Aug. 18, 2017, no pet.) (mem. op.); *see* TEX. CODE CRIM. PROC. art. 44.44 (providing that "the proceeding shall be regulated by the same rules that govern civil actions where an appeal is taken").  On May 23, 2025, the Clerk of this Court notified appellant that his appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within twenty-one days of the notice.  *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court).  On June 4, 2025, the notice was resent to appellant's correct address.  Despite the notice that this appeal was subject to dismissal, appellant did not respond.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b), 43.2(f); *Mason v. State*, 451 S.W.2d 495 (Tex. Crim. App. 1970)

---

[1]  The court reporter filed an information sheet notifying the Court that no reporter's record was taken.

(dismissing appeal for want of prosecution in bond forfeiture case because principal failed to file brief).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

Do not publish.  TEX. R. APP. P. 47.2(b).